YATES, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Creel v. Creel, 871 So.2d 827 (Ala.Civ.App.2002); Stack v. Stack, 646 So.2d 51 (Ala.Civ.App.1994); Ayers v. Ayers, 643 So.2d 1375 (Ala.Civ.App.1994); Parcus v. Parcus, 615 So.2d 75 (Ala.Civ.App.1992); and Hill v. Hill, 562 So.2d 255 (Ala.Civ.App.1990).
CRAWLEY, THOMPSON, and PITTMAN, JJ., concur.
MURDOCK, J., dissents.